UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MURAD ABASOV,

                        Plaintiff,                          19-CV-10187 (JMF)

             -v-                                      TRANSFER ORDER

EQUIFAX INFORMATION SERVICES, LLC, and
CITIBANK, N.A.,

                        Defendants.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 4, 2019, the Court ordered Plaintiff to show cause why this case should not be transferred to the United States District Court for the Eastern District of New York. ECF No. 6. In light of Plaintiff's consent to such transfer, ECF No. 11, the Clerk of Court is directed to transfer this case to the Eastern District of New York forthwith (i.e., without waiting the seven days specified in Local Civil Rule 83.1) and to close the case on this Court's docket.

      SO ORDERED.

Dated: November 19, 2019
       New York, New York

                                                           JESSE M. FURMAN
                                                   United States District Judge